1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7004
7      Fax: (415) 436-7234
       Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

AUG 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. 3-09-71021 JCS
                                     )
14           Plaintiff,              )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME FROM
15       v.                          )   SPEEDY TRIAL ACT CALCULATION
                                     )   (18 U.S.C. § 3161(h)(7)(A)) AND
16  ZHEN PAI LIU,                    )   EXTENDING TIME PURSUANT TO FED.
                                     )   R. CRIM. P. 5.1
17           Defendant.              )
                                     )

18

19       With the agreement of the parties, and with the consent of defendant Zhen Pai Liu, the

20  Court enters this order documenting (a) an exclusion of time under the Speedy Trial Act, 18

21  U.S.C. § 3161(b), from August 10, 2010, to September 24, 2010, and (b) an extension to

22  September 24, 2010, of the time for holding a preliminary hearing pursuant to Federal Rule of

23  Criminal Procedure 5.1. The parties agree, and the Court finds and holds, as follows:

24       1.   Defendant Zhen Pai Liu has been charged by complaint. The parties agree to an

25  exclusion of time under the Speedy Trial Act. Defendant's counsel wishes to review discovery

26  materials and to consult with his client about those discovery materials and about the case.

27  Accordingly, failure to grant the requested continuance would unreasonably deny defendant's

28  counsel reasonable time necessary for effective preparation, taking into account the exercise of

due diligence, in this case.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 10, 2010, to September 24, 2010, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A). For the same reasons, the Court found good cause to delay a preliminary hearing until September 24, 2010, pursuant to Fed. R. Crim. P. 5.1(d). Defendant consented to this delay in the preliminary hearing.

3. Accordingly, and with the consent of the defendant, at the hearing on August 10, 2010, the Court ordered that the period from August 10, 2010, to September 24, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Also with the content of the defendant, the Court ordered that any preliminary hearing be continued until September 24, 2010.

IT IS SO STIPULATED.

DATED: August 10, 2010

/s/
HUGH ANTHONY LEVINE
Attorney for Defendant

DATED: August 10, 2010

/s/
ANDREW P. CAPUTO
Assistant United States Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: Aug 12, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge

2