MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0777 MHP |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER RE: SETTING STATUS HEARING |
| v. ) | |
| ZHEN PAI LIU, ) | |
| Defendant. ) | |

The parties stipulate as follows:

1. This matter was recently reassigned to this Court based on a related case notice.

2. The parties respectfully request that the Court place this matter on its calendar on Monday, November 22, 2010, at 10 a.m., for a status hearing.

IT IS SO STIPULATED.

DATED: November 8, 2010    _____/s/_____
                                          JULIA MEZHINSKY JAYNE
                                          Attorney for Defendant

STIP. & [PROP.] ORDER RE: STATUS HEARING
CR 10-0777 MHP

1 | DATED: November 8, 2010         _____/s/_____
2 |                                                 ANDREW P. CAPUTO
                                                    Assistant United States Attorney

4 |                              ~~[PROPOSED]~~ ORDER

5 |      Pursuant to stipulation, the Court will hold a status hearing in this matter on November
6 | 22, 2010, at 10 a.m.

7 |      IT IS SO ORDERED.

9 | DATED:  11/12/2010                 _____
10|                                    MARILYN H. PATEL
                                       United States District Judge

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel

STIP. & [PROP.] ORDER RE: STATUS HEARING
CR 10-0777 MHP                                        2