MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0777 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME FROM |
| v. ) | SPEEDY TRIAL ACT CALCULATION |
| ) | (18 U.S.C. § 3161(h)(7)(A)) |
| ZHEN PAI LIU, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     With the agreement of the parties, and with the consent of defendant Zhen Pai Liu, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from November 22, 2010, to January 31, 2011.  The parties agree, and the Court finds and holds, as follows:

     1.     Defendant's counsel requires time to review discovery provided by the government and to discuss the discovery and the case with her client.  Accordingly, failure to grant the requested continuance would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

     2.     Given these circumstances, the Court found that the ends of justice served by

excluding the period from November 22, 2010, to January 31, 2011, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

      3.     Accordingly, and with the consent of the defendant, at the hearing on November 22, 2010, the Court ordered that the period from November 22, 2010, to January 31, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: December 30, 2010            /s/
                                        JULIA MEZHINSKY JAYNE
                                        Attorney for Defendant

DATED: December 23, 2010            /s/
                                        ANDREW P. CAPUTO
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED:  January 7, 2011                        
                                        MARILYN H. PATEL
                                        United States District Judge

*Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel*

STIP. & [PROP.] ORDER RE: SPEEDY TRIAL ACT
CR 10-0777 MHP