MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0777 MHP |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | |
| ZHEN PAI LIU, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Zhen Pai Liu, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from January 31, 2011, to February 28, 2011.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant's counsel requires time to review discovery provided by the government and to discuss the discovery and the case with her client.  Accordingly, failure to grant the requested continuance would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

//

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 31, 2011, to February 28, 2011, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on January 31, 2010, the Court ordered that the period from January 31, 2011, to February 28, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 1, 2011    _____/s/_____
                            JULIA MEZHINSKY JAYNE
                            Attorney for Defendant

DATED: January 31, 2011    _____/s/_____
                            ANDREW P. CAPUTO
                            Assistant United States Attorney

IT IS SO ORDERED.

DATED:  2/2/2011           _____
                            MARILYN H. PATEL
                            United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel (signed, United States District Court, Northern District of California seal)

STIP. & [PROP.] ORDER RE: SPEEDY TRIAL ACT
CR 10-0777 MHP